OPINION — AG — ** LAW ENFORCEMENT RETIREMENT — PRIOR SERVICE ** WHEN AN EMPLOYEE MAKES THE PROPER PAYMENT FOR PRIOR SERVICE AS SET BY THE OKLAHOMA LAW ENFORCEMENT RETIREMENT BOARD PURSUANT TO 1981 O.S.L., CH. 227 SECT 3 (47 O.S. 2-302 [47-2-302](B)) THE EMPLOYEE'S MEMBERSHIP DATE IN THE OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM FOR THE PURPOSE OF DETERMINING HIS NORMAL RETIREMENT DATE BECOMES RETROACTIVE TO THE DATE OF HIS FIRST EMPLOYMENT. (PAYMENT FOR PRIOR SERVICE, RETIREMENT DATE, MEMBERSHIP, CONTRIBUTIONS) CITE: OPINION NO. 80-268, 47 O.S. 2-103 [47-2-103] 47 O.S. 2-302 [47-2-302], 47 O.S. 2-302 [47-2-302] 47 O.S. 2-300 [47-2-300](5), 47 O.S. 2-300 [47-2-300](6) 47 O.S. 2-300 [47-2-300](6), 47 O.S. 2-302 [47-2-302] 47 O.S. 2-302 [47-2-302](B), 47 O.S. 2-305 [47-2-305] (ROBERT C. SMITH)